■ In the Matter of BONNIE S.L., Appellant, v JOSEPH P.L., Respondent. [919 NYS2d 851]—Appeal from order, Family Court, Bronx County (Annette L. Guarino, Ref.), entered on or about June 9, 2010, which directed that the subject children not be removed from the jurisdiction pending further proceedings in this matter concerning petitioner's application for modification of a custody order to permit relocation of the children to Arkansas, unanimously dismissed as moot, without costs.

Application by petitioner's assigned counsel to be relieved as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed the record and agree with counsel that there are no nonfrivolous issues which could be raised on this appeal, which was rendered moot when petitioner subsequently withdrew the petition. Concur—Andrias, J.P., Friedman, Catterson, Moskowitz and Román, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEOVANNY MEDINA, Appellant. [922 NYS2d 218]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Renee A. White, J.), rendered on or about July 29, 2008, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Andrias, J.P., Friedman, Catterson, Moskowitz and Román, JJ.